1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JUAN DAVID BEAMON,                )NO. EDCV 07-00554 DSF (SS)
                                       )
12                  Petitioner,        )
                                       )
13          v.                         )          **JUDGMENT**
                                       )
14   LELAND McEWEN, Acting Warden,     )
                                       )
15                  Respondent.        )
     _____  )

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24        DATED:    8/30/10

25                                     _____

26                                     DALE S. FISCHER
                                       UNITED STATES DISTRICT JUDGE
27

28